UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

ERIC MORA, JR.
    Plaintiff,

-vs.-                                                  Case No. 2:11-cv-10954-PJD-RSW
                                                          Hon. Patrick J. Duggan

ASSET ACCEPTANCE, LLC
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

At a session of court held in the United States District Court for the Eastern District of Michigan on April 21, 2011.

Present: Hon. Patrick J. Duggan

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the premises therein;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 21, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Thursday, April 21, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager